UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2011 JUN -3 PM 3: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

GLENN KNOX MD, FACS,
Professional Service Corporation,

    Plaintiff,

v.                                            Case No. 3:10-cv-737-J-20JBT

OLYMPUS CORPORATION, et al.,

    Defendants.
_____/

## ORDER

This cause is before this Court on "Olympus Corporation's, Olympus America Inc.'s, Gyrus ACMI, L.L.C's, and Gyrus ACMI, L.P.'s Motion to Dismiss the Fourth Amended Complaint, and Memorandum in Support of the Motion" (Dkt. 60) and "Defendant Smith & Nephew, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint and Memorandum of Law in Support" (Dkt. 61). No opposition has been filed to either motion. After a review of the pleadings, this Court finds the arguments raised by the Defendants are well taken.

Accordingly, it is hereby **ORDERED**:

1. "Olympus Corporation's, Olympus America Inc.'s, Gyrus ACMI, L.L.C's, and Gyrus ACMI, L.P.'s Motion to Dismiss the Fourth Amended Complaint, and Memorandum in Support of the Motion" (Dkt. 60) is **GRANTED**;

2. "Defendant Smith & Nephew, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint and Memorandum of Law in Support" (Dkt. 61) is **GRANTED**; and

3. The Clerk is **DIRECTED** terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of June, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Glenn Knox, *pro se*
Dale M. Short, Esq.
Thomas E. Bishop, Esq.
HeatherAnn M. Solanka, Esq.
Kacey L. Faughnan, Esq.